EUPHEMIA MENZIES *v.* EVERETT FISHER ET AL.

The plaintiff's motion for expeditious procedure in the appeal from the Superior Court in Fairfield County is denied.

*James R. Fogarty, Jr.,* in support of the motion.

Submitted March 12—decided March 21, 1973

NORMAN BLOOM ET AL. *v.* ZONING COMMISSION OF THE CITY OF NORWALK

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in Fairfield County is denied.

*Sidney Vogel,* in support of the petition.

*Arthur J. Goldblatt,* in opposition.

Submitted March 15—decided March 21, 1973

ANNA V. HOULE ET AL. *v.* COMMON COUNCIL OF THE CITY OF WILLIMANTIC, ACTING AS A ZONING COMMISSION

The petition for certification for appeal by the petitioner Concetta Russo from the Court of Common Pleas in Windham County is denied.

*Charles S. Tarpinian,* in support of the petition.